**Sidonie PAVES, Petitioner**

v.

**Dr. Barry CORSON and Carol Corson, Respondents.**

Supreme Court of Pennsylvania.

Sept. 5, 2001.

## ORDER

PER CURIAM:

AND NOW, this 5th day of September, 2001, the Petition for Allowance of Appeal is granted limited to the following issue:

Whether an award of damages may be vacated in the absence of any indication that it is excessive?